UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
SECURITIES EXCHANGE COMMISSION,

               Plaintiff,

    - against -

CREDIT BANCORP LTD., ET AL,

               Defendants.
------------------------------------X

99 Civ. 11395 (RWS)

O R D E R

**Sweet, D.J.,**

    The Court's October 30, 2009 scheduling order is vacated. Plaintiff's motion for summary judgment, dated October 28, 2009, will be heard at noon on Wednesday, March 17, 2009, in courtroom 18C.

    It is so ordered.

New York, NY
November 30, 2009

ROBERT W. SWEET
U.S.D.J.