USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-5-10

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Securities and Exchange Commission,

                Plaintiff,

-against-

Credit Bancorp, Ltd., Credit Bancorp, Inc., Richard Jonathan Blech, Thomas Michael Rittweger, and Douglas Brandon,

                Defendants.

ORDER

99 Civ. 11395 (RWS)

WHEREAS by this Court's January 21, 2000, Order Appointing Receiver, the Court appointed Carl H. Loewenson, Jr. as Receiver for defendant Credit Bancorp, Ltd. and its affiliated entities (collectively "CBL"), and

WHEREAS the Receiver, by Declaration and Report of Receiver, dated November 10, 2009, filed a report seeking permission to pay the reasonable fees and expenses of the Receiver, Morrison & Foerster LLP, KPMG LLP, Salans, and VanEps Kunneman VanDoorne, it is hereby

ORDERED that the Declaration and Report of Receiver, dated November 10, 2009, is hereby accepted and approved;

ORDERED that the Receiver may, pursuant to the Order Appointing Receiver, pay from the assets of CBL or the Receivership estate:

    (a)    the invoices of the Receiver, dated August 24, 2009, September 17, 2009, October 13, 2009, and November 5, 2009, for fees and expenses totaling $28,053.69;

    (b)    the invoices of Morrison & Foerster LLP, dated August 24, 2009, September 17, 2009, October 13, 2009, and November 6, 2009, for fees and expenses totaling $196,955.33;

    (c)    the invoice of KPMG LLP, dated August 11, 2009, for fees totaling $51,816.00;

ny-896437

(d) the invoice of Salans, dated September 18, 2009, for fees and expenses totaling $6,154.57; and

(e) the invoices of VanEps Kunneman VanDoorne, dated August 20, 2009, September 17, 2009, and October 9, 2009, for fees and expenses totaling $54,862.92.

Dated: New York, New York

November ——, 2009
12/26/09

ROBERT W. SWEET
United States District Judge