UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Securities and Exchange Commission,<br><br>                          Plaintiff,<br><br>-against-<br><br>Credit Bancorp, Ltd., Credit Bancorp, Inc., Richard Jonathan Blech, Thomas Michael Rittweger, and Douglas Brandon,<br><br>                        Defendants. | ORDER<br><br>99 Civ. 11395 (RWS) |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/18/12

      WHEREAS by this Court's January 21, 2000, Order Appointing Receiver, the Court appointed Carl H. Loewenson, Jr. as Receiver for defendant Credit Bancorp, Ltd. and its affiliated entities (collectively "CBL"), and

      WHEREAS the Receiver, by Declaration and Report of Receiver, dated August 8, 2012, filed a report seeking permission to pay certain fees and expenses of the Receiver, Morrison & Foerster LLP, KPMG, Salans, and VanEps Kunneman VanDoorne; and

      WHEREAS, by Order dated August 26, 2012, and filed August 28, 2012, the Court accepted and approved the Declaration and Report of Receiver, dated August 8, 2012; and

      WHEREAS, the Receiver now seeks to correct an inadvertent misstatement in the form of Order previously presented to the Court, it is hereby

      ORDERED that the Receiver may, pursuant to the Order Appointing Receiver, pay from the assets of CBL or the Receivership estate, the invoices of VanEps Kunneman VanDoorne,

ny-1057194

dated December 15, 2011, January 18, 2012, February 17, 2012, March 14, 2012, April 20, 2012, May 11, 2012, June 28, 2012, and July 30, 2012 for fees and expenses totaling $68,544.05.

Dated:   New York, New York

　　　　　9 . / 4, 2012

ROBERT W. SWEET
United States District Judge