



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Securities and Exchange Commission,

                              Plaintiff,

          -against-

Credit Bancorp, Ltd., Credit Bancorp, Inc.,
Richard Jonathan Blech, Thomas Michael
Rittweger, and Douglas Brandon,

                              Defendants.

ORDER

99 Civ. 11395 (RWS)

WHEREAS by this Court's January 21, 2000, Order Appointing Receiver, the Court appointed Carl H. Loewenson, Jr. as Receiver for defendant Credit Bancorp, Ltd. and its affiliated entities (collectively "CBL"), and

WHEREAS the Receiver, by Declaration and Report of Receiver, dated October 15, 2013, filed a report seeking permission to pay the reasonable fees and expenses of the Receiver, Morrison & Foerster LLP, Sacks Glazier, Franklin & Lodise LLP, Mermet & Associés, VanEps Kunneman VanDoorne, KPMG, and Transperfect, it is hereby

ORDERED that the Declaration and Report of Receiver, dated October 15, 2013, is hereby accepted and approved;

ORDERED that the Receiver may, pursuant to the Order Appointing Receiver, pay from the assets of CBL or the Receivership estate:

    (a)    the invoices of the Receiver, dated April 24, 2013, June 24, 2013, and July 24, 2013, for fees and expenses totaling $1,772.77;

ny-1104351

(b) the invoices of Morrison & Foerster LLP, dated April 24, 2013, May 28, 2013, June 24, 2013, July 24, 2013, August 30, 2013, and September 16, 2013, for fees and expenses totaling $29,204.28;

(c) the invoice of KPMG, dated May 28, 2013, for fees and expenses totaling $9,268.80;

(d) the invoice of the Mermet firm, dated March 8, 2013, for a retainer in the amount of €4,000.00 (approximately $5,414.00) for fees and expenses to be incurred in connection with the French appeal;

(e) the invoice of VanEps Kunneman VanDoorne, dated August 9, 2013, for fees and expenses totaling $1,454.92;

(f) the invoice of Sacks, Glazier, Franklin & Lodise, LLP, dated September 30, 2013, for fees totaling $3,708.50; and

(g) the invoices of Transperfect, dated April 10, 2013, June 10, 2013 and June 18, 2013, for fees and expenses totaling $1,242.20.

Dated: New York, New York
11-6, 2013

ROBERT W. SWEET
United States District Judge