```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X

SECURITIES AND EXCHANGE COMMISSION,
                                                    99 Civ. 11395
                    Plaintiff,
                                                    O R D E R
    -against-

CREDIT BANCORP, LTD., et al.,

                    Defendants.
---------------------------------------X
```

**Sweet, D.J.**

        Plaintiff's Motion for Modification of the Asset Freeze will be heard on submission on June 12, 2014.

        It is so ordered.

**New York, NY**
**May 22, 2014**

                                        ROBERT W. SWEET
                                            U.S.D.J.