UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------X

SECURITIES AND EXCHANGE COMMISSION,

                Plaintiff,

  -against-

CREDIT BANCORP, LTD., et al.,

                Defendants.

----------------------------------------X

99 Civ. 11395

O R D E R

Sweet, D.J.

      The Declaration and Report of Receiver (the "Report"), the proposed order accepting the Report, and any objections thereto will be heard on submission on September 3, 2014.

      It is so ordered.

New York, NY
August 2014

ROBERT W. SWEET
U.S.D.J.