UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

Securities and Exchange Commission,

                        Plaintiff,

        -against-

Credit Bancorp, Ltd., Credit Bancorp, Inc.,
Richard Jonathan Blech, Thomas Michael
Rittweger, and Douglas Brandon,

                        Defendants.

ORDER

99 Civ. 11395 (RWS)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/11/14

       WHEREAS by this Court's January 21, 2000, Order Appointing Receiver, the Court appointed Carl H. Loewenson, Jr. as Receiver for defendant Credit Bancorp, Ltd. and its affiliated entities (collectively "CBL"), and

       WHEREAS the Receiver, by Declaration and Report of Receiver, dated August 1, 2014, filed a report proposing a third and final distribution to Credit Bancorp customers and seeking permission to pay the reasonable fees and expenses of the Receiver, Morrison & Foerster LLP, Sacks, Glazier, Franklin & Lodise LLP, Mermet & Associés, KPMG LLP, and Transperfect, it is hereby

       ORDERED that the Declaration and Report of Receiver, dated August 1, 2014, is hereby accepted and approved;

       ORDERED that the Receiver may, pursuant to the Order Appointing Receiver, pay from the assets of CBL or the Receivership estate:

       (a)    the invoices of the Receiver, dated May 31, 2014, and June 26, 2014, for fees and expenses totaling $3,587.71;

(b) the invoices of Morrison & Foerster LLP, dated November 14, 2013, December 11, 2013, January 24, 2014, February 27, 2014, March 31, 2014, April 8, 2014, June 26, 2014, and July 28, 2014 for fees and expenses totaling $616,059.77;

(c) the invoice of KPMG LLP, dated January 8, 2014, for fees and expenses totaling $11,405.60;

(d) the invoice of the Mermet firm, dated March 8, 2013, for its six-percent success fee of the interest earned while the foreclosure proceeds of *Le Manoir* were in escrow, and other fees and expenses relating to the French appeal totaling €1,616.75 (approximately $2,187.12);

(e) the invoice of Sacks, Glazier, Franklin & Lodise, LLP, dated May 31, 2014, for fees totaling $2,451.50; and

(f) the invoice of Transperfect, dated July 7, 2014, for fees and expenses totaling $1,242.20.

Dated: New York, New York

\_\_9-11\_\_, 2014

ROBERT W. SWEET
United States District Judge