UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------X

SECURITIES AND EXCHANGE COMMISSION,

        Plaintiff,

- against -

CREDIT BANKCORP LTD., CREDIT BANCORP, INC., RICHARD JONATHAN BLECH, THOMAS MICHAEL RITTWEGER, AND DOUGLAS BRANDON,

        Defendants.

------------------------------------------X

99 Civ. 11395 (RWS)

O R D E R

**Sweet, D.J.**

    The July 13, 2015 motion for an Order discharging the Receiver and closing the Receivership Estate submitted by the Court-Appointed Receiver for Credit Bancorp, Ltd. and affiliated entities shall be heard on submission on August 12, 2015. All papers shall be served in accordance with Local Civil Rule 6.1.

    It is so ordered.

**New York, NY**
July /8, 2015

ROBERT W. SWEET
U.S.D.J.